_____



SO ORDERED,

*Edward Ellington*

Judge Edward Ellington
United States Bankruptcy Judge
Date Signed: September 22, 2017

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: Flechas & Associates, P.A.<br><br>    Debtor | Case no. 13-03549-EE<br>Chapter 7 |
| Stephen Smith, Chapter 7 Trustee for the<br>Bankruptcy Estate of Flechas & Associates, P.A.,<br>and for the Bankruptcy Estate of Eduardo A. Flechas<br><br>vs.<br><br>MCF Capital, LLC; MCS Capital, LLC;<br>RMC/CMG Portfolio Holdings, LLC; WAG, LLC;<br>Danny E. Cupid; Bobby Moak; Dudley Guice;<br>the United States of America for the Internal<br>Revenue Service; and the State of Mississippi<br>for the Mississippi Department of Revenue | Plaintiff<br><br><br><br>Adv. Proc. No. 17-00006-ee<br><br><br><br><br><br><br>Defendants |

### ORDER GRANTING MOTION TO QUASH AND FOR PROTECTIVE ORDER

THIS CAUSE having come on to be heard on the motion (Dkt. # 93) filed by Eduardo A. Flechas to quash the first set of consolidated discovery served on him by Bobby Moak and Danny Cupid and for a protective order. After having fully reviewed this matter and being otherwise fully advised in the premises, the Court finds that the parties have agreed that the motion is well-founded and should be granted.

IT IS THEREFORE ORDERED that the motion (Dkt. # 93) to quash and for a protective order is hereby granted.

##END OF ORDER##

APPROVED FOR ENTRY:

/s/ R. Michael Bolen
R. MICHAEL BOLEN
MSB # 3615
HOOD & BOLEN, PLLC
ATTORNEYS AT LAW
3770 HWY. 80 WEST
JACKSON, MISSISSIPPI 39209
(601)923-0788
rmb@hoodbolen.com

_____
Danny E. Cupid, Esq.
Attorney at Law
P. O. Box 22929
304 North Congress Street
Jackson, Mississippi 39225
decupid@aol.com