_____

SO ORDERED,

*[signature: Edward Ellington]*

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: August 28, 2018**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** | **CHAPTER 7** |
| **FLECHAS & ASSOCIATES, P.A.** | **CASE NO. 1303549EE** |

**STEPHEN SMITH, CHAPTER 7 TRUSTEE**
**FOR THE BANKRUPTCY ESTATE OF FLECHAS**
**& ASSOCIATES, P.A., AND FOR THE BANKRUPTCY**
**ESTATE OF EDUARDO A. FLECHAS**

**V.**                                          **ADVERSARY NO. 1700006EE**

**MCF CAPITAL, LLC; MCS CAPITAL, LLC;**
**RMC/CMG PORTFOLIO HOLDING, LLC; WAG,**
**LLC; DANNY E. CUPIT; BOBBY MOAK; DUDLEY**
**GUICE; THE UNITED STATES OF AMERICA FOR**
**THE INTERNAL REVENUE SERVICE; AND THE**
**STATE OF MISSISSIPPI FOR THE MISSISSIPPI**
**DEPARTMENT OF REVENUE**

### JUDGMENT ON THE
### MOTIONS FOR SUMMARY JUDGMENT

Consistent with the Court's Opinion dated contemporaneously herewith,

**IT IS THEREFORE ORDERED** that the *Motion of Bobby Moak and Danny E.*

*Cupit for Summary Judgment* (Adv. Dkt. #161) is not well taken and that summary judgment is

hereby denied.

**IT IS FURTHER ORDERED** that the joinder to MCF AF, LLC's motion contained in *WAG, LLC's Amended Combined Response to Motions for Summary Judgment filed by Defendants Bobby Moak and Danny Cupit, Dudley Guice, and MCF AF, LLC* (Adv. Dkt. #184) is hereby denied as to WAG, LLC's claim of a first priority lien on the $240,295.29 interplead into the registry of the Court.

**IT IS FURTHER ORDERED** that *MCF AF LLC's Motion for Summary Judgment* (Adv. Dkt. #166) is hereby granted and that MCF AF, LLC has a first priority lien on the $240,295.29 interplead into the registry of the Court minus any *Registry Fees* plus all accrued interest through the day of withdrawal.

## END OF ORDER ##